|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>October 07, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESSE MIKE GOMEZ,

        Defendant.

Case No. 2:25-cr-00058-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESSE MIKE GOMEZ</u>, Case No. <u>2:25-cr-00058-JAM</u>, Charge <u>18 U.S.C. § 3606,</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    __X__ (Other): **<u>TIME SERVED.</u>**

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Dated: October 7, 2025

*/s/ John A. Mendez*
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE