Michael E. Hansen [CSBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711

Attorney for Defendant
JESSE GOMEZ

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESSE MIKE GOMEZ,<br>Defendant. | Case No.: 2:25-cr-00058-JAM<br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Roger Yang, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant JESSE GOMEZ, that the previously scheduled supervised release disposition date of July 28, 2026, be vacated and the matter reset November 3, 2026, at 9:00 a.m.

This continuance is requested because defense counsel needs time to find an appropriate drug rehabilitation program. The Government and Probation concur with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

/////
/////
/////

Dated: July 13, 2026

/s/ Michael E. Hansen for
JESSE GOMEZ
Defendant

Dated: July 13, 2026

ERIC GRANT
United States Attorney

By: /s/ Michael E. Hansen for ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Based on the stipulation of the parties, the July 28, 2026 dispositional hearing (Final Revocation Hearing) is **CONTINUED** to **November 03, 2026, at 9:00 a.m.,** before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: July 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE