UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 10, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSE MIKE GOMEZ,

Defendant.

Case No. 2:25-cr-00058-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JESSE MIKE GOMEZ, Case No. 2:25-cr-00058-JAM, Charge 18 U.S.C. § 3606, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ __________

____ Unsecured Appearance Bond $ __________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): **TIME SERVED.**

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Dated: November 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE